### BROWN *et al. v.* BYRNE AND ENSWORTH.

It is improper for a Master to perform any official act, as Master, in a cause in which he is solicitor, or partner of the solicitor.

MOTION to set aside Master's sale of mortgaged premises under a decree.

The premises were sworn to be worth $1,300, and it appeared, from the Master's report, they were sold to complainants for $100. It also appeared one of complainants' solicitors, as Master, had advertised the premises for sale, but, being absent on the day of sale, they were sold at his request by another Master, who executed the deed to complainants.

*G. Miles,* in support of the motion.

*W. A. Fletcher,* contra.

THE CHANCELLOR. It is improper for a Master to perform any official act, as Master, in a cause in which he is

solicitor, or a partner of the solicitor. This, of itself, is sufficient cause for setting aside the sale, before it has been confirmed. But it appears the mortgaged premises were sold for $100 only, while Ensworth swears they are worth $1,300, and there is nothing before the Court showing he has placed too high a value on them.

Motion granted.